Revised 05/01 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



Latessa Y. Jordan
(Name of Plaintiff or Petitioner)

-v-

Greater Buffalo United Accountible Network -CV-
Toni Vazquez, Paul Vazquez, Donald Williams
Dr. Capote, Dr. Rafael E. Roman, Joycely Rodriguez
Yolona Cichocki
(Name of Defendant(s) or Respondent(s))

20 CV 67

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**

I, Latessa Y. Jordan, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses which I have made in this affirmation below are true.

1. Are you presently employed? Yes ____ No ✓
   My Employer's Name and Address is: ____

   My Gross Monthly Wages are: $ 0 none
   If you are not presently employed, state
   Your Last Date of Employment: 5-30-19
   Your Gross Monthly Wages at that time: $2,300
   Is your spouse presently employed? Yes ____ No ____
   My Spouse's Employer's Name and Address is: N/A I have no spouse

   My Spouse's Gross Monthly Wages are $ ____

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   b. Rent payments, interest or dividends? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   c. Pensions, annuities, disability, or life insurance payments? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   d. Gifts or inheritances? Yes ____ No ✓
      If yes, state **source** and **amount** received per month $ ____
   e. Child Support? Yes ____ No ✓
      If yes, state **amount received** each month $ ____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   g. Friends, Relatives or any other source? Yes ____ No ✓
      If yes, state **source** and **amount received** per month $ ____
   
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   I'm not paying I'm facing eviction

3. What is your total gross monthly income today: $ 0

4. How much **cash** do you have on hand? $ 3.00

5. How much money do you have in a **checking account(s)**? $ 0

6. How much money do you have in a **savings account(s)**? $ 0

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (NOTE: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): N/A

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ____ No ✓
   If so, **describe** the property in detail and give an **estimated value** of the property: ____

   If you own property, are you paying off a **loan or mortgage** on it? Yes ____ No ✓
   If yes where are you obtaining the money to make such payments: N/A

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $ 695   Food $____   Utilities $____   All other expenses $____
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
   I recieve Food stamps, I'm facing eviction

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: Latessa Jorden $0.00  Tendra Manuel $795.00 monthly  SSI

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Tendra Manuel, I can not contribute at this time

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ____ No ✓
    If the answer is yes, please include the court and date of filing ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 1-17-20       _Latus Du_
(Date)                    (Applicant's Signature)

## PRISON CERTIFICATION SECTION
(Required for Prisoner Requests Only; Prisoner Requests Must Have This Section Completed By Prison Official)

I certify that the movant has the sum of $ _____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.

I further certify that the movant has the following securities to his/her credit according to the institution's records: _____

I further certify that the movant's average account balance was $ _____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution