

CV2067

20cV67

Latessa Y .Jordan

V

(Greater buffalo United accounted Healthcare network , Mrs Toni Toni Vazquez, Dr Raul Raul Vazquez, Dr . H. Capote, Mr. Rafael Romen,, Mr .Ronald Williams(Community Health Dr . Pamela Reed , Marian Saleh )Elmwood health Center Dr. Zambron ) Erie county medical center emergency room ) Oshi women's and children's) Kenmore mercy hospital emergency room ) Independent Health insurance company Sue , William Mattar law firm , Office of people with developmental disabilities) Erie County Department of Social services ,adult protective, emergency housing, ) Child protective services ) Trocaire College ) ABC , Geico Insurance company moving and appliances ) Lighthouse management partners, Sinatra and company realistate , People Inc – Bryton Park , Aspire of Western NY , Person Centered Services , Evelyn Lighten , Tiffany Adam's, Tinothy Adam's, Sheryl Lighten , Genevieve Lighten , Dereck Sims – Lighten , Terrence Lighten, Latrsia Manuel , Cornel B. Johnson , Heron Simmons , Theresa Bowmen-Davis ,

3rd amended Complaint

09/23/20

Case File: 20CV67

Toni Vazquez

1. 8-19-17 – During my work orientation at Mt. Olive Baptist Church at 701 Delevan Ave in Buffalo, NY, the computer given to me didn't work for most of the orientation. It was necessary for learning the documentation for the job. I learned the documentation on the GBUAHN YouTube channel. Dr. Anna Sterns was my teacher, the person I directly reported to, and in charge of orientation. I told her about the problem I was having with the computer at least seven times but the problem remained unresolved. Dr. Sterns called me a sloppy person and whispered in my ear I was a loser. I told Toni Vazquez and it worsened.
2. On or around January 2018 I was assigned a new manager, Joycelyn Rodrigues. Right away, she began talking loudly and disrespectfully to me in front of my coworkers, micromanaging me and writing false write-ups. I reported this to Toni Vazquez, but the treatment continued. This happened at the 564 Niagara Street location.
3. On or around April 2018, my manager Joycelyn Rodriguez said upper management wanted to talk to me upstairs. I asked her why and she said she didn't know. When I arrived, Mr. Ronald Williams (the Director of Human Services) and Yolona Chichoki was present. I was given a false write-up that my manager wrote, and Mr. Williams and Mrs. Chichoki were there to enforce it. I was sent home for two days without pay. I told Mrs. Vazquez about this but nothing changed. This occurred at the 564 Niagara Street location.
4. On or around June 2018, upon arriving to work I was sent home because I had on a blue crew neck top, which was commonly worn by most employees. I told Mrs. Toni Vazquez about this as well. The harassment continued and worsened. This occurred at the 564 Niagara Street location.
5. On or around December 2019, Jacqulyn Rosado was my manager. During a meeting she welcomed me to the HEARP team. I asked when training would start as well as what the pay raise was. Mrs. Rosado replied she would let me know. A couple of days later she said I will not be trained nor get a raise. She then became unapproachable and very reluctant to assist me with anything. I told Mrs. Vazquez about this as well and asked her about the HARP team and she started giving vague, stalling answers. This occurred at the 564 Niagara Street location.
6. Around 2019 Mrs. Toni Vazquez chanced the dress code at a meeting. For all Personal Health Navigators to tuck shirts in. Because of the dress code change co-workers began saying things like hey baby that sure looks good. Can I touch it. ect. I told Mrs. Toni Vazquez about what was going on because the comments made me very uncomfortable. If I could keep my shirt out. She said no and if its not tucked in you will be sent home. The harassment continued.
7. On or around May 2, 2019 I gave Mr. Ronald Williams a $15 money order for a replacement key fob. He later said I gave him a $10 money order and presented a new $10 money order. I told him I gave him a $15 money order that was folded inside my purse for a few days and because of that it was wrinkled and not brand new. I reported this to Mrs. Toni Vazquez as well. This happened at the 564 Niagara Street location.
8. On May 11, 2019 I was out of work on doctors' orders due to the hostile work environment. I was getting constant headaches, feeling down and losing weight. The HR department and Ronald Williams said they would not accept my doctor's note. They then called security to esscort me out the building. I informed Toni Vazquez about this as well. The harassment continued .
9. Toni Vazquez stopped talking to me period.

Case File: 20CV67

10. On May 30, 2019 I was terminated with no reason given while out on medical leave. This was at the 564 Niagara Street location.
11. During being employed at GBUAHN I was in a car accident in close proximity of my work address on the way home. The vehicle involved purposely drove into me . Reinjuring my back and causing damage to my vehicle. I called my attorney who worked at the Williams Mattar law firm so he could take my case . He refused to take the case . I told him my back was hurting and he still refused . I called other attorney's they refused as well .

20 CV 67

~~20-67~~

After being terminated from GBUAHN the hacking of my TV, surveillance cameras, phone internet , vehicle it system ,google devices ,SS# ,computer and gaslighting was evident. People were constantly interning my appartment . They stole my birth certificate , other personal documentation including for workers compensation and unemployment.

Clothing, shoes ,boots ,purses were damaged and stolen.  My hygiene products , make up was taken and tampered with causing my skin to break out.  They would move thing out of place so I noticed.

When I called the police the officers act like it was not a crime . They gave a hard time filing a complaint and minimized it . Some officers said people entering the appartment was ok and it's not a crime . Another said I should move and if I called back he would arrest me . Because of this my daughter and I weren't safe in the house or protected by the law.

I was not able to collect unemployment or workers compensation . Because of the hacking and systemic involvement .Every workers compensation Dr I called wouldn't except me as a client . Even the Dr . Listed on the workers compensation website. I called about 30 Dr. . The same thing happened when I was trying to get a lawyer . Because of this I couldn't pay any bills .I couldn't move to a safer place. I couldn't  get needed medical treatment  and still haven't to this day.

20 CV 67

CV2067

My primary care Dr. P. Reed took me out of work because of problems I was having due of work inviorment .Because she wasn't a workers compensation Dr . My attorney said her medical notes weren't sufficient to get payment from workers compensation . My attorney was Mr. Chris Vangone , an attorney at the law firm Nicholas Perot Smith and Bernhardt . I had finally found an attorney for workers compensation . Unfortunately it ended in him dropping me as a client. The reason he gave was Attorneys Conner's and Ferris kept looking at my case . I called them to ask if they decided to take me on as a client and they said no . I haven't been able to collect worker compensation to this day because of difficulties obtaining legal and medical representation.

Dr. Pamela Reed recommended counseling . I started seeking a councilor at the community health center. The councilors name is Marian Saleh . Because the councilor put incorrect information about me into my chart and verbally passed on the incorrect information . Horizons and the police came to my house four horizons employees and two police officers rushed me for no reason . Forced me into an ambulance and I was taken to ECMC psychiatric clinic. And forced to stay overnight. Miss . Saleh incorrect information caused more harm .

Case File: 20CV67

## Rafael Roman

1. I started going to Dr. Roman for chiropractic treatments on 4-3-2019 in relation to a car accident I had in 2-2017. During my treatments I asked Dr. Roman for a standing desk because the different positions would alleviate back pain related to this auto accident. I never received a standing desk so I had to stand, stretch, and walk to alleviate my back pain. This occurred at the 564 Niagara Street location.
2. On 2-7-2019 I was in another auto accident that occurred when I was leaving work. I saw Dr. Roman for that as well. During my appointment I again requested a standing desk but again I did not receive one. This caused back pain so I had to move and stretch regularly. This occurred at the 564 Niagara Street location.
3. While out on medical leave I continued my chiropractic treatments with Dr. Roman. During my appointments he often brought up things related to Cornell Johnson, who is someone I once dated, and he would say things like you need a man in your life . You look like you saw someone. Upon arriving for scheduled chiropractic appointments, there would be someone in a vehicle in the parking lot inside a car with the same silhouette as my ex, Cornell Johnson. They would go out of their way to be noticed.  They would drive  in front of my vehicle and sit there, blow their horn until I looked their way . Block my truck so I had to wait to leave. Vehicles with his full name on the licences plate followed me.
4. Then when I saw Dr. Roman that day he would ask if I saw someone I knew. If I  was okay. If I had something on my mind that I wanted to talk about. Mr Romen would only ask these type of questions when the previously mentioned details happened in the parking lot of his practice . His office was located inside GBUAHN.
5. This accrued at 564 Niagara St. Buffalo N. Y. location.

Dr. H. Capote is a psychiatrists who works at GBUAHN. He holds many positions the ones of my concern is Medical director of the decision of neuro psychiatry, principal investigator vagal nerve stimulation and transcranial magnetic stimulation.

He gave weekly meetings helping employees with difficult clients .During a meeting the Dr. said to me '. You fall asleep after you drink alcohol .And you smoke when your stressed .' Then he went on and explained scientifically why they effected me this way . Dr. Capote also said "this would usually take 20 years ". Dr. Capote shouldn't know I fall asleep after I drink . Because I've never drank alcohol at work . And what would take 20 years ? So he had to be monitored me at home , without my knowledge. The problem with my daughter and his experience with brain stimulation , my awful work environment , what he said to me and continued after I was no longer an employee at GBUAHN. Is why he's a important part of my Complaint. Why would he study me ? .This happened simultaneously with the work harassment .

20CV67
~~CV67~~

This section is related to my family's sudden change in behavior

I would tell family members about the awful experiences I was going through at GBUAHN. My niece Tiffany Adam's and I talked almost daily for decades. Tiffany Adam's, Toni Vazquez and I are related . Tiffany is my niece and Toni is my cousin. For years prior to working at GBUAHN sporadically I would run into my cousin Toni Vazquez. We would talk and she would say apply at GBUAHN. She and I had never had a conversation that wasn't pleasant. Tiffany , her husband my nephew Dr. Adam's , Toni and her husband Dr. Vazquez were friends. They visited each other and hung out together.

Tiffany would often say 'you could go far at GBUAHN. I believed it . So I worked hard because I thought I could grow within the company. So when I was treated badly for no reason . I started looking for the source . Surprisingly the orders where coming from Toni Vazquez.

I would tell Tiffany what was going on at work. She would say wow that's crazy , does Toni no. Then suddenly Tiffany started acting like I'm complaining for nothing .Around June of 2019 Tiffany called me and said stop talking to Cornell Johnson and hung up the phone . I called her back to ask why she said that . But she never told me . Since then she and I have had very little limited conversation .My mother Evelyn Lighten and I talked about what was going on at GBUAHN GBUAHN regular. She would say things like they have it out for you . Sounds like Toni's jealous. But after she moved in with my niece Tiffany she started responding like Tiffany as if my complaints are false. My siblings Dereck Lighten -Sims , Terrence Jordan , Sheryl Lighten , Genevieve Lighten and Latesia Manuel started doing the same thing. There attitudes changed all around the same time with simulairities. Because of the close relationship they had . What went on at work . The simultaneous and drastic change in their responses to what was going on . I think they are an important part of the case .

20 CV 67
~~CV 67~~

During my daughter Tendra Manuel Dr. appointment at the Elmwood health center . Her Dr. Dr. Mark Zambron , showed me a document on his computer . The document gave Theresa Bowmen permission to make decigions regarding my daughter healthcare in 2017. I've never signed any documents giving her permission to do that.  In 2019 I received a letter saying my daughter Tendra Manuel was put on birth control.  I didn't concent or know about it . When Tendra manuel was purposely infested with bed bugs I was informed Theresa was partially responsible.

### Cornell B Johnson And Theresa Bowmen- Davis

I meet Cornell in 2014 at an out door music festival. He approach me initiating conversation . We exchanged phone numbers. During our conversation Theresa Bowmen walked by with a blind guy she said she was dating. Cornell committed " I know the guy your friend is dating, he's blind ' . Theresa and I have known each other since childhood and were friends . She named her son after me. Around 20 years ago she slept with Douglas Manuel my children's father . I saw her flirting with him several times but wasn't concerned about it . Douglas and I became close friends . He told me he had sex with her and she was not a true friend . When he told me that I had already known . Back to 2014 when Cornell and I met and Theresa walked by . Cornell and Theresa already knew each other . In 2017 Theresa started acting strange and argumentative. I saw her ride pass my house a few times in 2017 as well. The same way she acted when she thought she was sneaking around with Douglas Manuel. Cornell and I meet up with Theresa and the blind man for drink . Theresa was flirting with Cornell the same way she did with Douglas . Cornell was overly concerned about my employment at GBUAHN. He frequently asked how things were going as if he knew things weren't good. I asked them both if they were involved in anyway. Both denied it.  The hacking via TV commercials , car licences plates and lyric in songs through my Google devices. The music choices were not what I put in my playlist.  And I couldn't delete them . The same songs played every day all day . They both lied about knowing each other in 2014 . My daughter's showing me a fraudulent  concent form giving Theresa permission to my daughter's health decisions . The letter in 2017 saying my daughter was put on birth control. The bud infestation with Tendra and the hackings . Make both Cornell Johnson  and Theresa Bowmen Davis an important part of my complaint.

20CV67

ABC moving and appliances

ABN moving and appliances is a storage unit that has a contract with department of social services . Because of the multiple problems that accrued.  I had to go to DSS for assistance paying for a storage unit. The storage company stored my belongings in a very disorderly way.  My sofa was upside down cushions on the filthy floor . Some things were missing and broken . People were allowed to go into my unit and help themselves to my property. The owner refused to take responsibility for what happened. Most of my property is missing or damaged because of the  the vandalism allowed by the company.

I went to the department of social services monthly because it was requirement to get the storage unit payment. My income remained the same which was zero . The worker I talked to said the storage unit was paid for but the employee and owner of the unit said dad didn't pay them . This happened several times .

20CV67

Tendra Manuel

In 1994 I gave birth to twins . They were very premature .One passed and Tendra Manuel survived . I went to see her in the hospital every day for about six months , until she came home .The Dr. didn't expect her to do well . In spite off what was expected she flourished. Tendra  started walking with great balance. She said short sentences that were appropriate . She ate a variety of foods . Tendra was a happy giggleish ,fearless, trusting little girl . She went beyond expectation.

When Tendra was about seven years  old 2001 . She attended New York State school for the Blind. The school had programs and therapy for her that could help her strive. Around 2008 -2010 I noticed a change in her . She became protective of her private parts . She was having having  bowel movements issues . She would spread her feces on herself , walls and objects . And she would constantly remove her pull up and urinate everywhere I went to the school and called several times . I asked about her behaviors what caused them . I was told it could happen because she was born early and she had bleeding in her brain . They also told me Tendra wasn't having the issues at school I was seeing at home. When Tendra no longer attended NYS school for the blind she had no programs in place . She was home everyday with nothing in place . I asked why  is this happening when throughout years her case manager a social worker and I filled out paperwork regarding her transition . Still she had nothing in place for a year . And her behaviors were overwhelming to say the least, with in that year . She didn't get any services until I called around and began researching . I saw her case manager was lying about everything. A lady in Albany help with getting her into Bryton Park after I told her what was happening.

Around 2003  I was one day late getting home from NYC. Because of an unforeseen problem with transportation. I called my sister , mother and the bus company several times as soon as I realized the problem. No one answered so I left several messages and continued calling. I called her  bus company told them about the problem and asked if they  would take her to my mother's house , because I didn'tknow what else to do. The hole time I continued calling  but still no one answered. My first stop arriving in Buffalo was my mothers house . She told me Tendra was with child protection. I called chil protection immediately. Because it was after business hours on a Friday or Saturday . I had to wait until the next business day .

 When I went to child protection Mr. Commings was handling the case . From the start it was obvious she wasn't going to be fair . I asked for someone else but they would've give me another social worker. Mrs Cummings immediately started accusing me of things I didn't do . She said this isn't the first time . She said I didn't feed or bath her . That I didn't buy her appropriate clothing and more . During a hearing she tried to have Shawn Saunders arrested for something that wasn't true she made up

The lawyer I had didn't meet with me to discuss the case . We only meet the day of a hearing and all he did was tell me to except the plea. I asked for another attorney, again I I didn't get one . Mrs . Commings said Tendras Dr. made several complaints about me but wouldn't tell me what they were. I asked Tendras Dr .about the complaints she said she didn't make any and she didn't know what Mrs.Commings is talking about.

Regardless of the evidence they didn't have they made a decigion  based on lies that were not founded This resulted in Tendra being placed in foster care for about one year . During her placement she

stopped eating . Prior she ate spaghetti , grits with scrambled eggs , pudding , cookies , banana pudding and a few other things . After she was placed she only ate oatmeal and yams . After child protection placement her appetite never returned to what it was .To the present she barely eats at all only a few small bowls of oatmeal within 1 or more months . I continued buying her clothes and bring diapers to the foster care provider and went to see her regularly. Mrs. Beverly asked why I was buying her pampers .Then she said they were covered by her insurance . I asked her case managers about it and she said I had to buy them. Later I found out I was lies to about lots of services she qualified for .Mrs Beverly is the one that arranged Tendra getting Pampers through her insurance . The case managers she had at people Inc didn't tell me what Tendra qualified for, when I asked. They said very little because of lack of funding . Beverly recommended Aspire and Tendra started getting Pampers through her health insurance. When Tendra came home after being in foster care her case manager Jenene Brophy through Aspire said her prior case manager didn't submit any paper work she and I filed out reguarding programs for Tendra . Janeane said the case manager throughout the paperwork. And she's not on any waiting lists.

All three agencies failed to file paperwork regarding programs for Tendra . NYSSB , People Inc Bryton Park. and Aspire of WNY. Because of this and what going on with my daughter now they are important for my Complaint regarding Tendra manuel.

While attending Trocair College , my grades where changed .Some of my teachers went out their way to cause problems for me . My classmates noticed it and spoke up for me . I made a Complaint with the department of higher education .

In 2019 I had to withdrawal from classes at Tricare college Because of homelessness caused by the systemic attack on me.

All of the incidents mentioned including the ones with child protective services , Trocaire College and what's happening now . All are related to Tendra Manuel present condition , that was caused by the non consentual medical procedure she had . They're directly involved with the crimes committed against my daughter and I . The reason was to keep me below poverty level , thus keeping my daughter and I a vulnerable target to be victimized.

Trying to address and get help for Tendra has been a challenge with no results. I've been trying for over ten years . I've been told by all the special needs professionals I've encountered. They had to design a plan . There's nothing they can do . Nothing has been put in place for her to this day.

I cant get requested medical information regarding Tendra . I've had full custody through the courts and I've been her healthcare proxy . I filled for guardianship ,the last time was in 2019. My other daughter Latesia and I followed the directions filled out the paper work and I substituted them. The lady in the office said it was incorrect . She said thing were needed, that wasn't in the directions they gave me and the paperwork wasn't filed.

Prior and during colvet 19 . Because Tendras started having additional concerning behaviors . Her new behaviors are selfinjurous, disrobing in and out doors constantly, masturbating in and out doors obsessively. Grinding her teeth hard and fast . Chattering her teeth , precision balancing on the edges of the stairs , running up and down the stairs backwards and Erratic. I've seen her go through several

major psychotic mental disorders and phobias all in one day . I also noticed her body movements are robotic .

I believe Tendra Manuel had a medical procedure that's able to control her nervous system thus controlling her tottaly. This non consentual, grossly unethical act has removed her ability to have any control of her own taking away what makes us humen. I believe the procedure they performed on her is machine brain interface . It wasn't used for it's intended use . The persons who performed it went way beyond its purpose .They had an expected out come and did it anyway. Knowing what the results would be .

Some of her bus aids told me Tendra was talking her clothes off on the bus. I rode the bus with her to see the problem and try to help . But she didn't do it that day .I told bryton park about the problem and tried to get an aid to ride the bus with her. But every attempt was denied .

I asked Bryton park if they were having the same problem with Tendra . They said no every thing was fine. However in 2019 when I went to her program to check on her . She was behind a curtain on a cot naked and alone . She came from behind the curtain exposed. This happened everytime I went to her program in 2019. During a visit Tendra , Adrian another lady and myself went to a private room to discuss the problem . I wanted to know why they didn't tell me about this . Because the way they described it, made it seem as it was rare and a minor concern. What I saw several time was much more problemsom than they told me . And asking for a plan to combat the problem and other measures to be put in place .The lady that was in the room with us asked me to leave and called the police. Afterwards at a meeting about Tendra that was held at Bryton Park Oct 24 /19 .I was told a decigion was made that I could only see her in a isolated area where I couldn't observe how she was treated.

I reported what I saw to the office of people with developmental disabilities. In person and by phone , several times. Again nothing was done. I also contacted the justice center for the protection of people with disabilities ,the State department of health,person centered services , tried to make a police report was told they didn't do this type of reports . I mailed Governor Cuomo a certified letter . I called the local DA . and more . All resulted in nothing .

I believe my daughter was sexually assaulted while attending New York State school for the Blind around 2010 . I made a report with the state police that covers the area of the school she attended on 8/7/20 over the phone . Again I also believe the In addition the medical procedures she had is being used against us to cause more harm and to continue the exploitation and gross abuse ,stalking and more . Because the controlling device is external this gives the perpetrator's constant full access to continue the heinous acts against Tendra Manuel .

The way these criminals have it set up is almost as crazy as the results of the medical procedure performed on my daughter Tendra Manuel . Depending on what I need to do , who I talk to , what I say throughout the day, effects her behavior . They cause her selfinjurous behaviors : hitting herself very hard on the head, ear and back. With force that would injure anyone else . On 1/6/2019 I took her to Kenmore mercy hospital. Because she banged her head and arm so hard on a porcelain tub I thought she had a fracture and a concussion. Another incident Tendras body went limp she was slouched over unresponsive. I took her to Kenmore mercy hospital. They had to give her a large amount of pain medication along with 4 to 6 staff person just to do test . They make her disrobe in public exposing her body ,thus putting her in danger violating her integrity and causing psychological harm to me . They also

have her masterbating out doors. I took her to Erie County Medical Center for treatment because her behavior were intense and very erratic everyday all day for a lengthy time . The same thing lots of sedation along with 4-6 staff members. When I have somewhere to go they make her lay on the floor and move her body in a way that's impossible to get her dressed and in the car. If I can get her out , again selfinjurous, disrobing and hightend sexual behaviors .

I moved in with my daughter at 296 Main St . on 3 /1/720 . The Management is Sinatra & Company .Because of the flux of unforeseen illegal overwhelming problems ,caused my daughter and I to be homeless. When I got here the same things started happening again. People interning the appartment taking things .Then bringing them back sometimes. Not being able to make police reports and get copies .Along with my daughters awful new behaviors. In June or July a man loudly said you pay all that but you only get ten minutes to watch . During this time my daughter was constantly removing her clothes and masterbating. She would get up in the middle of the night and go downstairs and do it . As if her sexual behaviors were being viewed and sold .

I had to change her insurance company Independent health in 8/2019 . Because they couldn't accommodate her needs.She received received health home aids through them. Around June of 2019 her aids became as weird as the situation. I was sent a lot of different aids that clearly was given a roleplay. Most of them acted like they didn't no how to do anything . One tried to give her a bath in dirty feces water. Another another strattled a wish cloth between her legs and pulled it back and forth. Some no call no shows .Some came collecting information .Some came acting like they just had a baby by Cornell Johnson.

### Independent Health

I told Tendras insurance company what was happening .And asked for the names of other agencies they worked with . The insurance company changed its policy. Sue the lady I was working with said she has to call. She wanted to use one of the companies I just had a problem with . I told her I don't want them anymore. After that she said she cant find an aid for my daughter because of our location. However regularly saw aids where I lived .Because of this Tendra had no aid for about six months . And for six months prior to this her aids were awful.In 2016 Tendra didn't have any services including aids. I told her insurance about it and they failed to inform and provide me about services she could get through them . The insurance company failed to do their part as her managed care providers .When I was trying to get medical information I asked Sue and costumer service . They both withheld the information, even though I'm her medical proxy on file and have been for years .I know Insurance companies have information related to clients medical treatments. Sue said they didn't have any . Tendra is home every day without a day program or aids.

I was forced to kept her home from the day program because of the decigion Bryton park made that I could only see her in an isolated area making it impossible for observation . Then I asked about the cdpap program . This program allows the parent to be the aid, they wouldn't allow that either . Because of the systemic involvement and the drastic and illegal change in policy.  They are important in my complaint.

20CV67

My complaint involves with holding information. Altering and falsifying information ,medical malpractice , humen/sex trafficking,gross abuse and harassment and more. Every law has been broken for Tendra and I. The sole purpose of these illegal acts are to remove me from the picture .So the perpetrator could have full access to my daughter, carry out and continue the crimes with my special needs daughter. The crimes committed against my daughter and I are clearly premeditated .

I'm asking for immediate actions and response because of the harsh effects on Tendra Manuel and myself.

I'm asking for an immediate permanent order of protection due to the violence , abuse ,stalking , harassment and nature of the crime.

I'm asking for Tendras Manuel current health status . The impact the illegal medical procedure has on her. Information on how to care for her now.

Who has the controlling device. To have it removed from the persons. To be involved and make choices regarding my daughter medical care as I should be.

Because of the extremes harm caused I'm asking for an immediate response and actions

A speedy trial because of abuse violence , gross harassment and exploitation involved towards Tendra Manuel . She being continuously sexually assaulted via cyberspace The length of time it's been happening. The mental anguish and health problems its caused us .

I'm asking for the release of medical information about Tendra Manuel .

I'm asking for legal representation and communication concerning my Complaint.

I'm asking for a rapid response because of the violent cruel nature of the crimes and the lengthy time its been happening.

I want to be able to bring this up in court again if necessary.

Tendras live has changed forever. They changed a humen, my daughter into a robot .

It's like living a sci fy nightmare that you cant wake up from .This has changed our lives forever. We are not protected by the law . I fear for Tendras life . Because of the systemic impact, and all of our rights being violated. I feel like we are not safe anywhere. This has caused tremendous pain and anxiety that caused medical problems I've never had prior to this .

*[signature]*
9-24-20