United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATESSA Y. JORDAN | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 20-CV-67 |
| v. | |
| GREATER BUFFALO UNITED ACCOUNTED<br>HEALTHCARE NETWORK, ET AL. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendants' Motion to Dismiss is Granted; the Plaintiff's Second Amended Complaint is Dismissed; and the Plaintiff's Motion for Appointment of Counsel is Denied as moot.

Date: June 14, 2021               MARY C. LOEWENGUTH
                                  CLERK OF COURT

                                  By: s/ Jennifer
                                        Deputy Clerk